Matter of Director, Jefferson County Community Servs. v Alexander J. (2023 NY Slip Op 06648)

Matter of Director, Jefferson County Community Servs. v Alexander J.

2023 NY Slip Op 06648

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, OGDEN, GREENWOOD, AND NOWAK, JJ.

919 CA 23-00018

[*1]IN THE MATTER OF DIRECTOR, JEFFERSON COUNTY COMMUNITY SERVICES, PETITIONER-APPELLANT,
v
ALEXANDER J., ALSO KNOWN AS RENEE J., RESPONDENT-RESPONDENT. 

DAVID J. PAULSEN, COUNTY ATTORNEY, WATERTOWN (TERENCE M. BRENNEN OF COUNSEL), FOR PETITIONER-APPELLANT. 
ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, UTICA (DAVID A. EGHIGIAN OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Jefferson County (James P. McClusky, J.), entered December 14, 2022, in a proceeding pursuant to Mental Hygiene Law article 9. The order granted the motion of respondent to proceed with an anonymous name. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court